# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 10, 2025

**BY ECF**

Application granted. Mr. Harris has until November 26, 2025 to complete the bond co-signer release condition.

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dated: November 12, 2025
New York, NY

SO ORDERED
*[signature]*
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:   **United States v. Clarence Harris**
      **25-MAG-3419 (UA)**

Dear Duty Magistrate,

Clarence Harris, through undersigned counsel, respectfully requests an additional two (2) weeks to complete the bond co-signer pretrial release condition in this case. Mr. Harris -- who appeared by video for a bedside presentment on October 29, 2025 -- was only recently released from the hospital. As such, additional time is needed to secure his financially responsible bond co-signer.

Undersigned counsel has conferred with the government about this request. The government has no objection to a two-week extension of time to complete the bond co-signer condition. The current deadline is November 12, 2025. Accordingly, Mr. Harris asks the Court to extend the deadline to November 26, 2025.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791