# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2025

**BY ECF**

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Clarence Harris**
      **25-MAG-3419 (UA)**

Dear Duty Magistrate,

Clarence Harris, through undersigned counsel, respectfully requests an additional two (2) weeks to complete the bond co-signer pretrial release condition in this case. Undersigned counsel has conferred with the government about this request. The government has no objection to a two-week extension of time to complete the bond co-signer condition. The current deadline is November 26, 2025. Accordingly, Mr. Harris asks the Court to extend the deadline to December 10, 2025.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

11/24/25
Extension request granted.
[signature]

1