UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA
                                     :    1:25-mj-03419-UA-1
     -against-                       :    ORDER
                                     :
Clarence Harris
                                     :
Defendant
                                     :
-------------------------------------X

Ona T. Wang, United States Magistrate Judge:

It is hereby ORDERED, on consent, that the defendant's bail be

modified to include the following condition: Drug Testing and

Treatment as directed by Pretrial Services; and Mental Health

Evaluation and Treatment as directed by Pretrial Services.


Dated: January 9 ,~~2025~~ 2026
New York, New York

                              SO ORDERED:

                              _____
                              Ona T. Wang
                              United States Magistrate Judge